**(Official Form 1) (04/07)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Youngberg, Vall A** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **3959** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**800 Tomahawk**<br>**Round Lake Hts, IL**<br>ZIPCODE **60073** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**766 North Hainesville Road, Round Lake Park, IL** | ZIPCODE **60073** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☑ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors:**
Check one box:
- ☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☑ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ |

**VOLUNTARY PETITION**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (04/07)** FORM B1, Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Youngberg, Vall A** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)      Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
   ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
   ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
*(Check any applicable box.)*

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*(Check all applicable boxes.)*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**VOLUNTARY PETITION**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1) (04/07)** FORM B1, Page 3

# Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Youngberg, Vall A**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Vall A Youngberg*     **Vall A Youngberg**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**June 12, 2009**
Date

### Signature of Attorney

X */s/ Scott J. Kofkin*
Signature of Attorney for Debtor(s)

**Scott J. Kofkin 6185142**
Printed Name of Attorney for Debtor(s)

**Scott J. Kofkin**
Firm Name

**675 E Irving Park Road, #202**
Address

**Roselle, IL 60172-2349**

**(630) 539-4600**
Telephone Number

**June 12, 2009**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
# Northern District of Illinois

IN RE:     Case No. _____

**Youngberg, Vall A**     Chapter **11**

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]*

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: ***/s/ Vall A Youngberg***

Date: **June 12, 2009**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                              Case No. _____

**Youngberg, Vall A**                                                                        Chapter **11**

                                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Citimortgage, Inc**<br>**%Blatt Hasenmiller Et Al**<br>**125 S Wacker Dr, Ste 400**<br>**Chicago, IL  60606** | | | | **109,000.00**<br>**Collateral:**<br>**500,000.00**<br>**Unsecured:**<br>**49,000.00** |
| **Beneficial / HFC**<br>**POBox 1547**<br>**Chesapeake, VA  23327** | | | | **18,000.00** |
| **Deutsche Bank National Trust Co**<br>**%Codilis & Assoc PC**<br>**15W030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL  60527** | | | | **74,000.00**<br>**Collateral:**<br>**60,000.00**<br>**Unsecured:**<br>**14,000.00** |
| **Discover Financial Svcs**<br>**POBox 15316**<br>**Wilmington, DE  19850** | | **Bank loan** | | **13,000.00** |
| **Beneficial / HFC**<br>**POBox 1547**<br>**Chesapeake, VA  23327** | | **Bank loan** | | **12,000.00** |
| **Bank Of America**<br>**475 Crosspoint Pkwy**<br>**Getzville, NY  14068** | | **Bank loan** | | **5,000.00** |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 12, 2009**          Signature     **/s/ Vall A Youngberg**
                                              of Debtor                                                                                          **Vall A Youngberg**

Date: _____              Signature     _____
                                              of Joint Debtor
                                              (if any)

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS**

Official Form 6D (10/06)

IN RE **Youngberg, Vall A** _____ Case No. _____
　　　　　　　　　Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Citimortgage, Inc<br>%Blatt Hasenmiller Et Al<br>125 S Wacker Dr, Ste 400<br>Chicago, IL 60606** | | | **junior lien on 36946 Stanton Point Dr, Ingleside, IL**<br><br>VALUE $ **500,000.00** | | | | **109,000.00** | **49,000.00** |
| ACCOUNT NO. **124089404**<br>**Citimortgage, Inc<br>%Blatt Hasenmiller Et Al<br>125 S Wacker Dr, Ste 400<br>Chicago, IL 60606** | | | **junior lien on 800 Tomahawk, Round Lake Hts, IL**<br><br>VALUE $ **100,000.00** | | | | **30,000.00** | **30,000.00** |
| ACCOUNT NO.<br>**Citimortgage, Inc<br>%Hauselman Rappin & Olswang Ltd<br>39 S LaSalle<br>Chicago, IL 60603** | | | **mortgage on property at 804 Tomahawk, Round Lake Hts, IL**<br><br>VALUE $ **100,000.00** | | | | **120,000.00** | **20,000.00** |
| ACCOUNT NO. **08 CH 3971**<br>**Deutsche Bank National Trust Co<br>%Codilis & Assoc PC<br>15W030 North Frontage Rd, Ste 100<br>Burr Ridge, IL 60527** | | | **mortgage on 308 Meadowgreen, Round Lake Beach**<br><br>VALUE $ **60,000.00** | | | | **74,000.00** | **14,000.00** |

　　**3** continuation sheets attached

Subtotal (Total of this page) $ **333,000.00**　$ **113,000.00**

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $　　$

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Youngberg, Vall A**
Debtor(s)

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **08 CH 4997** **Fifth Third % Jeffrey M Monberg Krieg Devault LLP 33 North LaSalle, Suite 2412 Chicago, IL  60602** | | | **Foreclosure attorney for Fifth Third on roller rink property** VALUE $ **1,200,000.00** | | | | 0.00 | |
| ACCOUNT NO. **00865086250** **Fifth Third Bank POBox 630778 Cincinnati, OH  45263-0778** | | | **2003 Ford Expedition purchased in 2006** VALUE $ **7,000.00** | | | | 6,500.00 | |
| ACCOUNT NO. **00864033956** **Fifth Third Bank POBox 630778 Cincinnati, OH  45263-0778** | | | **2004 Lincoln Navigator** VALUE $ **12,000.00** | | | | 11,000.00 | |
| ACCOUNT NO. **Fifth Third Bank Special Assets MD846521 2117  25th St Columbus, IN  47201** | | | **notice purposes on roller rink property** VALUE $ **1,200,000.00** | | | | 0.00 | |
| ACCOUNT NO. **Fifth Third Bank Special Assets 1701 Golf Rd Rolling Meadows, IL  60008** | | | **notice purposes on roller rink property** VALUE $ **1,200,000.00** | | | | 0.00 | |
| ACCOUNT NO. **0905607685-18** **Fifth Third Commercial RE Loan Servicing 5050 Kingsley Drive Mail Drop #1MOCB3 Cincinnati, OH  45263** | | | **Judgment on Roller Rink property** VALUE $ **1,200,000.00** | | | | 715,000.00 | |
| ACCOUNT NO. **Freedom Mortgage Corporation 10500 Kincaid Dr, Ste 300 Fishers, IN  46037** | | | **junior mortgage on 36946 Stanton Point Rd, Ingleside, IL serviced by Citimortgage** VALUE $ **500,000.00** | | | | 0.00 | |

Sheet no. ___**1**___ of ___**3**___ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **732,500.00** $

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $         $

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Youngberg, Vall A**　　　　　　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7442110433**<br>**Homecomings Financial**<br>**POBox 205**<br>**Waterloo, IA 50704-0205** | | | **first mortgage on 36946 N Stanton Point Rd, Ingleside, IL 60041**<br><br>VALUE $ **500,000.00** | | | | **440,000.00** | |
| ACCOUNT NO.<br>**Homecomings Financial**<br>**Default Payment Processing**<br>**3451 Hammond Ave**<br>**Waterloo, IA 50702** | | | **notice purpose on 36946 N Stanton Point Rd, Ingleside, IL**<br><br>VALUE $ **500,000.00** | | | | **0.00** | |
| ACCOUNT NO.<br>**Indymac Federal Bank**<br>**%Codilis & Assoc PC**<br>**15W030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL 60527** | | | **notice purpose on residence at 800 Tomahawk, Round Lake Hts, IL**<br><br>VALUE $ **100,000.00** | | | | **0.00** | |
| ACCOUNT NO. **1008179150**<br>**Indymac Mortgage Services**<br>**POBox 4045**<br>**Kalamazoo, MI 49003** | | | **Servicing assignee on 234 E Hawthorne Dr, Round Lake Beach, IL**<br><br>VALUE $ **130,000.00** | | | | **0.00** | |
| ACCOUNT NO. **124082164**<br>**Indymac Mortgage Services**<br>**POBox 4045**<br>**Kalamazoo, MI 49003** | | | **mortgage on residence at 800 Tomahawk, Round Lake Hts, IL**<br><br>VALUE $ **100,000.00** | | | | **120,000.00** | **20,000.00** |
| ACCOUNT NO.<br>**Mortgage Electronic Regis System Inc**<br>**% CT Corporation System**<br>**208 S LaSalle**<br>**Chicago, IL 60604** | | | **notice purpose for junior lien on 800 Tomahawk, Round Lake Hts, IL**<br><br>VALUE $ **100,000.00** | | | | **0.00** | |
| ACCOUNT NO. **08 CH 3683**<br>**Suntrust Bank**<br>**%Codilis & Assoc PC**<br>**15W030 North Frontage Rd, Ste 100**<br>**Burr Ridge, IL 60527** | | | **notice purposes for 234 E Hawthorne Dr, Round Lake Beach, IL**<br><br>VALUE $ **130,000.00** | | | | **0.00** | |

Sheet no. ____**2**____ of ____**3**____ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **560,000.00** | $ **20,000.00**

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ | $

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Youngberg, Vall A** _____  Case No. _____
                              Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0144225208** **SunTrust Mortgage, Inc** **% Illinois Corporation Service Company** **I Adlai Stevenson Drive** **Springfield, IL  62703** | | | **mortgages (2) on 234 E Hawthorne Dr, Round Lake Beach, IL**<br><br>VALUE $ **130,000.00** | | | | **120,000.00** | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. **3** of **3** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **120,000.00**  $

Total (Use only on last page of the completed Schedule D. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **1,745,500.00**  $ **133,000.00**

**SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS**

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Youngberg, Vall A
800 Tomahawk
Round Lake Hts, IL  60073

Fifth Third Bank
POBox 630778
Cincinnati, OH  45263-0778

Suntrust Bank
%Codilis & Assoc PC
15W030 North Frontage Rd, Ste 100
Burr Ridge, IL  60527

Scott J. Kofkin
675 E Irving Park Road, #202
Roselle, IL  60172-2349

Fifth Third Bank Special Assets
MD846521
2117  25th St
Columbus, IN  47201

SunTrust Mortgage, Inc
% Illinois Corporation Service Company
I Adlai Stevenson Drive
Springfield, IL  62703

Bank Of America
475 Crosspoint Pkwy
Getzville, NY  14068

Fifth Third Bank Special Assets
1701 Golf Rd
Rolling Meadows, IL  60008

Beneficial / HFC
POBox 1547
Chesapeake, VA  23327

Fifth Third Commercial RE Loan Servicing
5050 Kingsley Drive
Mail Drop #1MOCB3
Cincinnati, OH  45263

Capital One
POBox 85520
Richmond, VA  23285

Freedom Mortgage Corporation
10500 Kincaid Dr, Ste 300
Fishers, IN  46037

Citimortgage, Inc
%Blatt Hasenmiller Et Al
125 S Wacker Dr, Ste 400
Chicago, IL  60606

Homecomings Financial
POBox 205
Waterloo, IA  50704-0205

Citimortgage, Inc
%Hauselman Rappin & Olswang Ltd
39 S LaSalle
Chicago, IL  60603

Homecomings Financial
Default Payment Processing
3451 Hammond Ave
Waterloo, IA  50702

Deutsche Bank National Trust Co
%Codilis & Assoc PC
15W030 North Frontage Rd, Ste 100
Burr Ridge, IL  60527

Indymac Federal Bank
%Codilis & Assoc PC
15W030 North Frontage Rd, Ste 100
Burr Ridge, IL  60527

Discover Financial Svcs
POBox 15316
Wilmington, DE  19850

Indymac Mortgage Services
POBox 4045
Kalamazoo, MI  49003

Fifth Third % Jeffrey M Monberg
Krieg Devault LLP
33 North LaSalle, Suite 2412
Chicago, IL  60602

Mortgage Electronic Regis System Inc
% CT Corporation System
208 S LaSalle
Chicago, IL  60604